IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|  | : |  |
| Lakeisha Horne | : | No.  22-12912-mdc |
| Debtor | : |  |

ANSWER TO MOTION OF Lakeview Loan Servicing, LLC
FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362
<u>AND CERTIFICATE OF SERVICE</u>

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied.

7. Admitted.

8. Denied.

9. Denied.

10. Denied.

11. No objection to the same.

12. No response to the same.

WHEREFORE, Debtor respectfully request this Honorable Court deny Movant's Motion for Relief.

<u>/s/ David M. Offen</u>
David M. Offen
Attorney for Debtor

Dated: 02/10/2023

A copy of this Answer is being served on DENISE ELIZABETH CARLON, Esquire, and the Chapter 13 Trustee.