*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Lakeisha Horne
    Debtor(s)

Case No: 22–12912–mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*Telephonic Hearing\*\*

Objection to Certification of Default filed by Creditor Lakeview Loan Servicing, LLC Filed by Lakeisha Horne

on: 8/22/23

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 7/21/23

Timothy B. McGrath
Clerk of Court

47 – 44
Form 167