

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

22-12912

DEBTOR(S):

LAKEISHA HORNE

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 5 IN THE AMOUNT OF $1,609.73

CREDITOR'S SIGNATURE:

*/s./ Korinny Sanchez*

CREDITOR CONTACT INFO:

Pinnacle Credit Services, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

11/2/2023