IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------x
In re:                                            :
                                                  :    In Chapter 13
    ALLEN BAXTER, III                        :
                                                  :    Bankruptcy No. 19-16493 (AMC)
                             Debtor.   :
------------------------------------------------------x

## PRAECIPE TO WITHDRAW OBJECTION

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's Objection to the Proposed Chapter 13 Plan (Document #29) which was filed on April 7, 2020.

                                                  Respectfully submitted,

                                                  THE CITY OF PHILADELPHIA

Dated: November 24, 2022          By:    /s/ *Joshua Domer*
                                                   JOSHUA DOMER
                                                   Assistant City Solicitor
                                                   PA Attorney I.D. 319190
                                                   Attorney for the City of Philadelphia
                                                        and/or
                                                   Water Revenue Bureau
                                                 City of Philadelphia Law Department
                                               Municipal Services Building
                                               1401 JFK Boulevard, 5th Floor
                                               Philadelphia, PA 19102-1595
                                               215-686-0519 (phone)
                                               Email: Joshua.Domer@phila.gov